IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MITCHELL L. BARRIOS**                                                                                  **PLAINTIFF**

V.                              **CASE NO. 5:23-CV-05019**

**OFFICER JOSHUA BAILEY,**
Fayetteville Police Department;
and **CORPORAL D. HARWOOD**                                                            **DEFENDANTS**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 44) filed on September 27, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. More than 14 days have passed, and no party has filed objections to the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**. Accordingly, Defendants' Motion for Summary Judgment (Doc. 38) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. A judgment will enter separately, and the Clerk of Court is directed to **CLOSE THE CASE**.

**IT IS SO ORDERED** on this 17th day of October, 2024.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE